APPENDIX 9.6
LOUISIANA CIVIL CASE REPORTING
Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court
General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

West Baton Rouge Parish    C-1050972
Filed Mar 06, 2026 12:51 PM    C
Andrea Hebert
Deputy Clerk of Court
E-File Received Mar 06, 2026 11:48 AM

Suit Caption:

Kevin England and Jerry Vicknair JR.    vs. Ingram Barge Company LLC

Court: 18th JDC    Docket Number: New Suit

Parish of Filing: West Baton Rouge    Filing Date: 3/10/26

Name of Lead Petitioner's Attorney: Gregory J. Miller

Name of Self-Represented Litigant: _____

Number of named petitioners: 2    Number of named defendants: 1

Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):

___Auto: Personal Injury
___Auto: Wrongful Death
___Asbestos: Property Damage
___Product Liability
___Intentional Bodily Injury
___Intentional Wrongful Death
___Business Tort
___Defamation
___Environmental Tort
___Intellectual Property
___Legal Malpractice
___Other Professional Malpractice
___Maritime
___Wrongful Death
___General Negligence

___Auto: Property Damage
___Auto: Uninsured Motorist
___Asbestos: Personal Injury/Death
___Premise Liability
___Intentional Property Damage
___Unfair Business Practice
___Fraud
___Professional Negligence
___Medical Malpractice
___Toxic Tort
___Other Tort (describe below)
___Redhibition
___Class action (nature of case)
Unpaid Wages

Please briefly describe the nature of the litigation in one sentence of additional detail:
Unpaid wages

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name Gregory J. Miller    Signature _____

Address 3960 Government St. Baton Rouge, LA 70806

Phone number: 225-343-2205    E-mail address: gjm@mLHlaw.com

EXHIBIT
A

West Baton Rouge Parish    C-1050972
Filed Mar 06, 2026 12:51 PM    C
Andrea Hebert
Deputy Clerk of Court
E-File Received Mar 06, 2026 11:48 AM

KEVIN ENGLAND AND
JERRY VICKNAIR JR.

SUIT NO.     DIV.

VERSUS

18th JUDICIAL DISTRICT COURT

PARISH OF WEST BATON ROUGE

INGRAM BARGE COMPANY LLC

STATE OF LOUISIANA

## PETITION FOR UNPAID WAGES

**NOW INTO COURT**, through undersigned counsel comes Plaintiffs, **KEVIN ENGLAND AND JERRY VICKNAIR, JR.**, persons of the full age of majority and residents of the State of Louisiana, who prays that this Honorable Court enforce their wage claim against their former employer, **INGRAM BARGE COMPANY LLC**, as follows:

1.

This is a wage claim pursuant to LA R.S. 23:631-632 et seq.

2.

Made Defendant is **INGRAM BARGE COMPANY LLC**, a limited liability company who is authorized to do and doing business in the State of Louisiana.

3.

Plaintiffs, **KEVIN ENGLAND AND JERRY VICKNAIR, JR.**, were former employees of Defendant, **INGRAM BARGE COMPANY LLC**.

4.

At the end of their employment, plaintiffs were owed their annual bonus. The precise amounts owed to each plaintiff are to be determined as the defendant has or is required to maintain those records. Plaintiffs were terminated unjustly and for invalid reasons.

5.

Plaintiffs contacted defendant regarding their unpaid wages in January and March of 2025 and were told by another employee of Ingram Barge Company LLC, that "Ingram" does not pay bonuses to employees who have been terminated. Only some three months later, Ingram paid a bonus to all employees who were similarly situated in job positions as your plaintiffs. On information and belief, your plaintiffs were terminated solely to avoid paying them the bonuses they would have received three months later.

6.



**Certified True and Correct Copy**
CertID: 2026030900023

West Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/9/2026 9:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

The plaintiffs' undersigned counsel has sent correspondence to Defendant regarding their owed wages.

**7.**

To date, defendant has failed to tender to Plaintiffs the wages that are due and is now liable to Plaintiffs, for wage penalties totaling to ninety (90) days of wages at their average daily rate of pay, plus attorney's fees all in accordance with the laws of Louisiana pursuant to La. R.S. 23:631-632, et seq., plus reasonable attorney's fees, and all costs of this litigation.

**WHEREFORE**, Plaintiffs, **KEVIN ENGLAND AND JERRY VICKNAIR, JR.**, pray that after all due legal proceedings have been held, this Honorable Court will render judgment herein in their favor and against the Defendant, **INGRAM BARGE COMPANY LLC**, for statutory penalties, with interest from date of judicial demand, until paid, for all costs of the proceedings, with reasonable attorney's fees, and for notice of all judgments or decrees of this Honorable Court, whether interlocutory or final.

Respectfully submitted:

Gregory J. Miller (#17059)
**MILLER & HILGENDORF**
5960 Government Street
Baton Rouge, La 70806
Telephone No. (225) 343-2205
Fax No. (225) 343-2870
Email: gjm@mlhlaw.com
*Attorney for Plaintiffs*

**PLEASE SERVE:**

**INGRAM BARGE COMPANY LLC**
*Through its registered agent for service of process:*
Corey Dunbar
8311 HWY 23 Suite 104
Belle Chasse, LA 70037



**Certified True and Correct Copy**
CertID: 2026030900023

West Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
3/9/2026 9:40 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).



**Received by Mail**

RETURN TO
W B R CLERK

**CITATION**



D3051216

| | |
|---|---|
| KEVIN ENGLAND | **18TH JUDICIAL DISTRICT** |
| VS | **DOCKET NUMBER: C-1050972 C** |
| INGRAM BARGE COMPANY LLC | **WEST BATON ROUGE PARISH STATE OF LOUISIANA** |

SERVE:   **INGRAM BARGE COMPANY LLC
THROUGH AGENT COREY DUNBAR
8311 HWY 23, STE 104
BELLE CHASSE, LA 70037**

You are named as a defendant in the above captioned matter. Attached to this citation is a:
## Certified Copy of Original Petition
You must either comply with the demand contained in the petition or make and appearance either by filling an answer or other pleading in the 18TH JUDICIAL DISTRICT located at 850 8TH STREET within the delay provided in the Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**
A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.
 If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition with **thirty (30)** days after service of the amended petition.
B.  When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
C.  The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**
A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

### THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.

This Citation was issued by the Clerk for the Court for the Parish of West Baton Rouge on the 9TH DAY OF MARCH, 2026.

*Andrea Hebert*

DEPUTY CLERK OF COURT
AMANDA G. THIES, CLERK OF COURT
18TH JDC/WEST BATON ROUGE PARISH
P.O. BOX 107
PORT ALLEN, LA 70767

REQUESTED BY: MILLER, GREGORY JOHN



RECEIVED AND FILED
CLERK OF COURT
WEST BATON ROUGE PARISH
2026 MAR 23  AM 10:3?
DEPUTY CLERK

RECEIVED ON THE _____ DAY OF _____ 20 _____ AND ON THE _____ DAY OF _____ , 20 _____
PERSONAL SERVICE:
DOMICILIARY SERVICE
AT HIS DOMICILE IN
AGE AND DISCRETION
DUE AND DILIGENT:
NAMED _____
REPRESENT HIM.
RETURNED: PARISH OF _____ THIS _____ DAY OF _____

Suit: 161-1050972          Cost:
COREY DUNBAR
8311 HWY 23 STE 104
BC LA
Person Served:  COREY DUNBAR
Received:          Served:   03/16/2026  10:51am
Deputy: DUPLESSIS   Miles: 10.00  Type:   ATTORNEY

, BY LEAVING THE SAME
, A PERSON OF SUITABLE
TO FIND THE WITHIN
UTHORIZED TO
_____, 20 _____.

DEPUTY SHERIFF

**RETURN COPY**

Plaquemines Parish
MAR 2026
Sheriff's Office

**PAID-CHECK #** 64469

